UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| BERNARD H. COOK | : |
| | : |
| V. | : CIVIL NO. 3:13CV275(VLB) |
| | : |
| MIMI DRAGONE, INC. | : |

## DEFAULT JUDGMENT

The defendant having failed to appear, plead or otherwise defend in this action and a default under Fed.R.Civ.P. 55(a) having been entered on May 13, 2013; and

The plaintiff having filed a Motion for Default Judgment pursuant to Rule 55(b) of the Federal Rules of Civil Procedure, and the Court having granted the motion, it is hereby

ORDERED, ADJUDGED and DECREED that judgment be and hereby is entered in favor of plaintiff against defendant in the total amount of $16,524, which includes damages in the amount of $11,600 and attorney's fees and costs of $4,924 as secretarial services are not compensable.

Dated at Hartford, Connecticut, this 20th day of November, 2013.

ROBIN TABORA, Clerk

By    /s/LL   
     Loraine LaLone
     Deputy Clerk

EOD: 11/20/2013