# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

_____

| | | |
|---|---|---|
| **BERNARD H. COOK** | ) | **CIVIL ACTION NO.** |
| **Plaintiff** | ) | **3:13-CV-275-VLB** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **MIMI DRAGONE, INC.** | ) | |
| **Defendant** | ) | |
| _____ | ) | **SEPTEMBER 5, 2014** |

## NOTICE OF SATISFACTION OF JUDGMENT

Plaintiff, Bernard Cook, through his attorney, hereby serves notice that the judgment entered in his favor in this action has been satisfied.

PLAINTIFF, BERNARD H. COOK,

BY: _/s/ Daniel S. Blinn___
Daniel S. Blinn (ct02188)
Consumer Law Group, LLC
35 Cold Spring Road, Suite 512
Rocky Hill, Connecticut 06067
Tel. (860) 571-0408
Fax (860) 571-7457
dblinn@consumerlawgroup.com

## CERTIFICATION

I hereby certify that on this 5th day of September, 2014, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

_/s/ Daniel S. Blinn__
Daniel S. Blinn